UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL ALAN OSBORN,

    Petitioner,

Case No. 1:16-CV-836

v.

HON. GORDON J. QUIST

SHANE JACKSON,

    Respondent.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On June 12, 2017, Magistrate Judge Kent issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus. The Court has reviewed the R & R recommending that the petition be denied. The R & R was duly served on Petitioner on June 12, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the June 12, 2017, Report and Recommendation (ECF No. 9) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

This case is **concluded**.

A separate judgment will enter.

Dated: July 10, 2017

                                                       /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE